**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ADAMINA McKENZIE, et al., <br><br> Plaintiff, <br><br> v. <br><br> SAN JOAQUIN VALLEY COLLEGE, INC., et al. <br><br> Defendants. | Case No. EDCV 16-00769-JGB (DTBx) <br><br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion for Summary Judgment by Defendants San Joaquin Valley College Inc. and Richard Matley is GRANTED. Plaintiff's Complaint against Defendants San Joaquin Valley College Inc. and Richard Matley is DISMISSED.

Judgment is entered in favor of San Joaquin Valley College Inc. and Richard Matley.

Dated: May 15, 2017

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge